PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:23-po-00141-CDB |
| Plaintiff, | [Citations #7293768, CA/14; #7293770, CA14] |
| v. | |
| IGOR Y. SHEKUNOV, | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss Case No. 5:23-po-00141-CDB [Citations #7293768, CA/14; #7293770, CA14] against IGOR Y. SHEKUNOV, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: July 28, 2023                    Respectfully submitted,

                                        PHILLIP A. TALBERT
                                        United States Attorney

                                  By:   /s/ *Chan Hee Chu*
                                        CHAN HEE CHU
                                        Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED, on the motion of the United States of America pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that Case No. 5:23-po-00141-CDB [Citations #7293768, CA/14; #7293770, CA14] against IGOR Y. SHEKUNOV be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **July 31, 2023**

_____
UNITED STATES MAGISTRATE JUDGE